1
2
3
4
5
6
7
8
9
10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER MCGUIRE, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COINBASE GLOBAL, INC.; COINBASE, INC.,<br><br>Defendants. | CASE NO.: 3:25-cv-04299-LJC<br><br>**CLASS ACTION**<br><br>~~[PROPOSED]~~ **ORDER GRANTING MOTION TO EXTEND CASE DEADLINES**<br><br>Hon. Lisa J. Cisneros<br>Complaint Filed:  May 19, 2025 |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

1. The July 21, 2025 deadline for Coinbase to respond to McGuire's complaint is stayed pending the JPML's decision on the centralization request in *In re Coinbase Customer Data Security Breach Litigation* (MDL 3153);

2. If this case remains in this District after the JPML's order on the centralization request (whether because JPML denies the centralization request or because JPML orders the centralized cases to be transferred to this District), within 14 days of the JPML's order, the parties shall meet and confer to jointly propose a briefing schedule for a consolidated complaint (if any) and Coinbase's motion to compel arbitration (and a Rule 12(b) motion if the motion to compel arbitration is denied). In addition,

    a. In the case McGuire anticipates filing a consolidated complaint with plaintiffs from any of the other seventeen putative class actions against Coinbase as identified at Dkt. 41 f the MDL proceeding, Coinbase shall file a motion to compel arbitration no sooner than 30 days after the filing of the consolidated complaint (and, if the motion to compel arbitration is denied, a Rule 12(b) motion no sooner than 30 days of the Court's order denying the motion to compel arbitration);

    b. In the case McGuire does not anticipate filing a consolidated complaint, Coinbase shall file a motion to compel arbitration no sooner than 30 days upon the JPML's order (and, if the motion to compel arbitration is denied, a Rule 12(b) motion no sooner than 30 days of the Court's order denying the motion to compel arbitration);

3. The initial case management conference currently scheduled for August 21, 2025 is continued upon further notice, and;

4. All deadlines related to or triggered by the initial case management conference date, including the deadlines for ADR compliance, Rule 26(f) conference and reports, initial disclosures, and case management statement, are continued accordingly.

1
2   Dated: __July 17, 2025_____         _____
3                                          By:  Lisa J. Cisneros
                                           UNITED STATES MAGISTRATE JUDGE
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28